

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  vs.<br><br>ANA LUIS VALENCIA (01),<br><br>                    Defendant. | CASE NO. 11CR4535-RBB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:_____.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/20/11

                                      _____<br>
                                      RUBEN B. BROOKS<br>
                                      UNITED STATES DISTRICT JUDGE

                                      ENTERED ON _____